UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NEW SUDAN OMOT OKELLO,<br><br>Defendant. | 4:22-CR-40096-KES<br><br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On October 25, 2023, defendant, New Sudan Omot Okello, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to the Superseding Information. The Superseding Information charges Okello with Unlawful Disposition of a Firearm, in violation of 18 U.S.C. § 922(d)(3). Docket 41. Okello waived his right to prosecution by indictment. Docket 45. The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 43) is adopted. The defendant is adjudged guilty of Unlawful Disposition of a Firearm, in violation of 18 U.S.C. § 922(d)(3).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on January 29, 2024, at 4:00 p.m. in Sioux Falls Courtroom 2.

Dated October 25, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE